## The Marston Agency, Inc.

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

04/10/26

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Amy Lineweaver | **Court:** | United States District Court |
| **Defendant:** | Matthew Anthony Oubre, et al | **Case:** | 5:26-cv-00046-JHY-JCH |
| **Serve:** | Matthew Anthony Oubre<br>208 North Main Street, Apt. B<br>Bridgewater, VA 22812 | **Return Date:**<br>**Time:** | |
| **Contact:** | Michael L. Ritchie<br>71 South Court Square<br>Suite A<br>Harrisonburg, VA 22801 | **Phone:**<br>**Reference:** | 5404336124 |

**Type(s) of Writ(s)** _____ paper:4341289

Summons and Complaint

Witness/Defendant Matthew Anthony Oubre was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

(X) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) **DESIGNEE** Service on an entity pursuant to Code 8.01-513. Name and title _____

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, ___*Thomas*___ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: ___4-17-26___     Served Time: ___1105___

_____
Signature of Process Server

### Notary

State of:    Virginia      County/City of:    Henrico, VA Beach, Prince William, Rockingham,

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this ___17___ day of Apr/May 20___26___

_____
Notary Public

| Type of Service: A | Auth Attempts: 1 | Order: 1035654 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**





AO 440 (Rev. 06/12) (12/22 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00046-JHY-JCH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Posted Service
4-17-26 , 11:05 Am

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4-17-26

_____
*Server's signature*

T. Thomas       Server
*Printed name and title*
The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059

_____
*Server's address*

Additional information regarding attempted service, etc:

Marston Agency